969 A.2d 1180

COMMONWEALTH of Pennsylvania, Respondent

v.

Vernon STEED, Petitioner.

Supreme Court of Pennsylvania.

April 13, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of April, 2009, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

969 A.2d 1181

Earl HARRIS, Petitioner

v.

David DIGUGLIELMO, Warden, Graterford State Prison, and Lynne Abraham, Phila. District Attorney, Respondents.

No. 180 EM 2008.

Supreme Court of Pennsylvania.

April 14, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of April, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus Ad Subjiciendum is **DENIED.**